UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSE ORTIZ,

    Plaintiff,

v.                                  Case No:   6:18-cv-1776-Orl-31TBS

MCKESSON CORPORATION and
MCKESSON MEDICAL-SURGICAL,
INC.,

    Defendants.

---

## ORDER

    This Family Medical Leave Act case comes before the Court without a hearing on the parties' Joint Motion to Stay the Case Pending Early Mediation, and, in the Alternative, to Extend the Deadline for Defendants to Respond to Plaintiff's Motion for Leave to File First Amended Complaint (Doc. 24). The parties request a 39 day stay of this case while they engage in settlement negotiations and mediation, in hopes that this case can be resolved with minimal litigation costs. Alternatively, they request a two-week extension of time for Defendants to respond to Plaintiff's motion to amend his complaint.

    The Court encourages and supports early dispute resolution whenever possible. This is in keeping with the Court's responsibility "to manage pretrial discovery properly in order to avoid a massive waste of judicial and private resources and a loss of society's confidence in the courts' ability to administer justice." Perez, 297 F.3d at 1263 (internal quotation marks omitted). The Court also has a responsibility to manage its docket so that cases stay on schedule and advance efficiently to their conclusion. Here, the Court is concerned that if a stay is granted and the case does not settle, then the parties may

return later seeking extensions of the case management deadlines. If this were to happen it could create additional burdens for the parties and the Court. So, after due consideration, the motion for a stay is **DENIED**. The motion for an extension of time is **GRANTED**. Defendants have through April 29, 2019 to responds to Plaintiff's motion for leave to amend.

DONE and ORDERED in Orlando, Florida on April 15, 2019.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record